IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS A. ORMAN and<br>LESLIE E. ESPOSITO, | : <br> : <br> : | CIVIL ACTION |
| Plaintiffs, | : <br> : | |
| | : | NO. 11-3196 |
| v. | : <br> : | |
| MORTGAGEIT, et al., | : <br> : | |
| Defendants. | : | |

## ORDER

AND NOW, this 30th day of March 2012, upon consideration of the Motion to Dismiss Plaintiffs' Complaint and to Assess Costs of [a] Previously Dismissed Action (Doc. No. 5), Plaintiffs' Motion to Deny [the] Motion to Dismiss and Response (Doc. No. 11), Defendants' Reply in Support of the Motion to Dismiss and to Assess Costs of Previously Dismissed Action (Doc. No. 9), Plaintiffs' Second Verified Amended Complaint (Doc. No. 16) and following a hearing held on October 7, 2011, it is ORDERED that:

1. The Motion to Dismiss Plaintiffs' Complaint (Doc. No. 5) is GRANTED.

2. The Motion to Assess Costs of [a] Previously Dismissed Action (Doc. No. 5) is DENIED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.